CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
ARNOLD F. LEE, ESQ.; STATE BAR NO.: 278610
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com
E-Mail: alee@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RENEE WEIGEL AND ROGER WEIGEL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LOWE'S HIW, INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.: CV12-07858BRO (PJWx)<br><br>**ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

IT IS HEREBY ORDERED that the Complaint of Plaintiffs RENEE WEIGEL and ROGER WEIGEL is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: February 20, 2014    _____
　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE